# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Mia Christman, | Case No.: 2:23-cv-01695-GMN-NJK |
| Petitioner, | **Order** |
| v. | |
| State of Nevada, et al., | |
| Respondents. | |

Petitioner Mia Christman seeks an extension of time to file her first amended Petition. ECF No. 14.  The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Petitioner's Motion.

It is therefore ordered that Petitioner's unopposed first Motion for Extension of Time (ECF No. 14) is GRANTED.  Petitioner has until October 7, 2024, to file her first amended Petition.

DATED: August 21, 2024

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE