# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MIA CHRISTMAN, | Case No. 2:23-cv-01695-GMN-NJK |
| Petitioner, | |
| v. | **ORDER** |
| THE STATE OF NEVADA, et al., | |
| Respondents. | |

Petitioner filed an Unopposed Motion for Extension of Time to File an Amended Petition (Third Request) ("Motion" (ECF No. 18)). The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

It is therefore ordered that Petitioner's Unopposed Motion for Extension of Time to File an Amended Petition (Third Request) **[ECF No. 18] is granted.** Petitioner has until January 1, 2025, to file an Amended Petition.

DATED: Dec 9, 2024

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE