# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MIA CHRISTMAN,<br><br>  Petitioner,<br>v.<br><br>THE STATE OF NEVADA, et al.,<br><br>  Respondents. | Case No. 2:23-cv-01695-GMN-NJK<br><br>**ORDER** |

In this habeas action, Respondents seek an enlargement of time to file a response to the first-amended petition for writ of habeas corpus (ECF No. 24). The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

It is therefore ordered that Respondents' Unopposed Motion for Enlargement of Time to File Response to First Amended Petition for Writ of Habeas Corpus (First Request) **[ECF No. 24] is granted.** Respondents have until April 17, 2025, to file a response to the first-amended petition.

DATED:    March 4, 2025

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE