# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Mia Christman,<br><br>    Petitioner,<br><br>v.<br><br>State of Nevada, et al.,<br><br>    Respondents. | Case No.: 2:23-cv-01695-GMN-NJK<br><br>**Order** |

Respondents seek an extension of time to file their response to Petitioner Mia Christman's Amended Petition. ECF No. 26. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Respondents' Motion.

It is therefore Ordered that Respondents' unopposed third Motion for Extension of Time (ECF No. 26) is GRANTED. Respondents have until June 15, 2025, to file their response.

It is further Ordered that Respondents' unopposed second Motion for Extension of Time (ECF No. 27) is granted *nunc pro tunc*.

DATED:   May 29, 2025

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE