**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Mia Christman, | Case No.: 2:23-cv-01695-GMN-NJK |
| Petitioner, | **Order** |
| v. | |
| State of Nevada, et al., | |
| Respondents. | |

This habeas matter is before the Court on Petitioner Mia Christman's Motion to Seal ("Motion") (ECF No. 21). Petitioner seeks leave to seal Nicole Anders Affidavit, Exhibit A; DFS Records, Exhibit B. Exhibit A contains sensitive medical findings. The need to protect medical privacy generally qualifies as a "compelling reason" for sealing records. *E.g., Abbey v. Hawaii Employers Mut. Ins. Co. (HEMIC)*, 760 F.Supp.2d 1005, 1013 (D. Haw. 2010). Exhibit B contains sensitive juvenile records.

Having reviewed and considered the matter in accordance with *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), and its progeny, the Court finds that a compelling need to protect Petitioner's medical privacy outweighs the public interest in open access to court records. Accordingly, Petitioner's Motion (ECF No. 21) is granted, and Exhibits A and B (ECF Nos. 22-1, 22-2) are considered properly filed under seal.

DATED:   July 14, 2025

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE