# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Mia Christman, | Case No.: 2:23-cv-01695-GMN-NJK |
| Petitioner, | **Order** |
| v. | |
| State of Nevada, et al., | |
| Respondents. | |

Petitioner Mia Christman seeks an extension of time to file her opposition to Respondents' Motion to Dismiss. ECF No. 37. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Petitioner's Motion.

It is therefore ordered that Petitioner's unopposed first Motion for Extension of Time (ECF No. 37) is GRANTED. Petitioner has until August 11, 2025, to file her opposition.

DATED:   July 21, 2025

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE