# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Mia Christman, | Case No.: 2:23-cv-01695-GMN-NJK |
| Petitioner, | **Order** |
| v. | |
| State of Nevada, et al., | |
| Respondents. | |

Petitioner Mia Christman seeks an extension of time to file her opposition to Respondents' Motion to Dismiss. ECF No. 40.  The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Petitioner's Motion.

It is therefore ordered that Petitioner's unopposed second Motion for Extension of Time (ECF No. 40) is GRANTED.  Petitioner has until September 10, 2025, to file her opposition.

DATED:   August 27, 2025

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE