# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Mia Christman, | Case No.: 2:23-cv-01695-GMN-NJK |
| Petitioner, | **Order** |
| v. | |
| State of Nevada, et al., | |
| Respondents. | |

Petitioner Mia Christman seeks an extension of time to file her opposition to Respondents' Motion to Dismiss. ECF Nos. 42, 43. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Petitioner's Motions.

It is therefore ordered that Petitioner's unopposed third Motion for Extension of Time (ECF No. 42) is GRANTED *nunc pro tunc*.

It is further ordered that Petitioner's unopposed fourth Motion for Extension of Time (ECF No. 43) is GRANTED. Petitioner has until October 27, 2025, to file her opposition.

DATED: October 15, 2025

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE