# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Mia Christman, | Case No.: 2:23-cv-01695-GMN-NJK |
| Petitioner, | **Order** |
| v. | |
| State of Nevada, et al., | |
| Respondents. | |

Petitioner Mia Christman seeks an extension of time to file her opposition to Respondents' Motion to Dismiss. ECF No. 46. In addition, Respondents seek an extension of time to file their reply in support of their Motion to Dismiss. ECF No. 49. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motions.

It is therefore ordered that Petitioner's unopposed fifth Motion for Extension of Time (ECF No. 46) is GRANTED *nunc pro tunc*.

It is further ordered that Respondents' unopposed first Motion for Extension of Time (ECF No. 49) is GRANTED. Respondents have until December 4, 2025, to file their reply.

DATED: December 3, 2025

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE