**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Mia Christman, | Case No.: 2:23-cv-01695-GMN-NJK |
| Petitioner, | **Order** |
| v. | |
| State of Nevada, et al., | |
| Respondents. | |

Respondents seek an extension of time to file their Answer. ECF No. 53.  The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Respondents' Motion.

It is therefore ordered that Respondents' unopposed first Motion for Extension of Time (ECF No. 53) is GRANTED.  Respondents have until June 5, 2026, to file their Answer.

DATED:    May 21, 2026

_____

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE