**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Mia Christman, | Case No.: 2:23-cv-01695-GMN-NJK |
| Petitioner, | **Order** |
| v. | |
| State of Nevada, et al., | |
| Respondents. | |

Respondents seek an extension of time to file their Answer. ECF Nos. 55, 59.  The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Respondents' Motions.

It is therefore ordered that Respondents' unopposed second Motion for Extension of Time (ECF No. 55) is GRANTED *nunc pro tunc*.

It is further ordered that Respondents' unopposed third Motion for Extension of Time (ECF No. 59) is GRANTED.  Respondents have until July 2, 2026, to file their Answer.

DATED:  June 24, 2026

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE