**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Mia Christman,

Petitioner,

v.

State of Nevada, et al.,

Respondents.

Case No.: 2:23-cv-01695-GMN-NJK

**Order**

Petitioner Mia Christman seeks an extension of time to file her Reply. ECF No. 63. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the Motion.

It is therefore ordered that Petitioner's unopposed first Motion for Extension of Time (ECF No. 63) is GRANTED. Christman has until October 2, 2026, to file her Reply.

DATED: August 28, 2026

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE