**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Mia Christman,

Petitioner,

v.

State of Nevada, et al.,

Respondents.

Case No.: 2:23-cv-01695-GMN-NJK

**Order**

This habeas matter is before the Court on Petitioner Mia Christman's Motion to Seal (ECF No. 57) and Motion to Extend Time (ECF No. 66).

Christman seeks leave to file under seal: Exhibit 296, Christman's Presentence Investigation Report ("PSI") (ECF No. 58-1); and Exhibit 297, Christman's Supplemental PSI (ECF NO. 58-2). Under Nevada law, the PSI is "confidential and must not be made a part of any public record." Nev. Rev. Stat. § 176.156(5). Having reviewed and considered the matter in accordance with *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1101 (9th Cir. 2016); *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), and its progeny, the Court finds that a compelling need to protect Christman's safety, privacy, and/or personal identifying information outweighs the public interest in open access to court records. Accordingly, Christman's Motion is granted. Exhibits 296 and 297 are considered properly filed under seal.

In addition, Christman seeks an extension of time to file her Reply. ECF No. 66. The Court finds that the request is made in good faith and not solely for the purpose of delay, and

therefore, good cause exists to grant the Motion.

It is therefore ordered that Petitioner's Motion to Seal (ECF No. 57) is granted. Exhibits 296 and 297 are considered properly filed under seal.

It is further ordered that Petitioner's unopposed second Motion for Extension of Time (ECF No. 66) is GRANTED. Christman has until December 1, 2026, to file her Reply.

DATED: November 10, 2026

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE